THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN WILLIAMS, Appellant.

Submitted October 4, 1943; decided October 7, 1943.

*Alexander I. Rorke, LeRoy Campbell* and *Stanley S. Katzenstein* for motion.

*Frank S. Hogan, District Attorney,* opposed.

Motion dismissed, without prejudice to the making of any motion in the Court of General Sessions, as defendant may be advised.